IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP JAY STERLING, JR.  PETITIONER

v.  Case No. 6:21-cv-06049

TRAVIS HILL, Sheriff,
Pike County, Arkansas  RESPONDENT

## ORDER

Now before the Court is the Report and Recommendation filed June 28, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Petitioner proceeds in this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 *pro se*. After considering the Petition (ECF No. 1) and the response filed in opposition (ECF No. 9), Judge Bryant found that the Petition should be denied as moot for lack of a case or controversy, and he recommended that the Petition should be denied in its entirety and dismissed with prejudice. Judge Bryant further recommend that no Certificate of Appealability be issued in this matter.

Petitioner filed his objections to the Report and Recommendation on July 9, 2021. (ECF No. 12).[1] Upon review, Petitioner's objections are merely restatements of arguments contained within the petition (ECF No. 1) and offer no error of law or fact from which the Court finds it necessary to depart from the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** in its entirety and is **DISMISSED WITH PREJUDICE**. The Court declines to issue a Certificate of Appealability in this matter.

---

[1] On July 9, 2021, Petitioner filed a Reply to Respondent's Response (ECF No. 11). The arguments raised in the Reply are the same as the ones raised in Petitioner's Objections (ECF No. 12).

**IT IS SO ORDERED** this 13th day of June 2021.

*/s/Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**